IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LARRY J. BROWN,

    Plaintiff,

  v.

MELISSA THORNE, TRISHA ANDERSON, JAMIE GOHDE, JAMES GREER, MICHAEL A. DITTMANN, LUCAS WEBER, MICHAEL PITZEN, MARY LEISER, LINDA O'DONOVAN, AND ISAAC HART,

    Defendants.

Case No. 17-cv-73-wmc

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/
Peter Oppeneer, Clerk of Court

01/06/2020
Date